(131 So. 5)

## SUTTON v. STATE.
### 4 Div. 740.

Court of Appeals of Alabama.
Nov. 25, 1930.

Eva May Sutton appeals.

E. C. Orme, of Troy, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

The proceedings in this case, except as herein noted, appear regular in all respects, and the judgment of conviction is affirmed.

The sentence of the defendant, appellant, to "——— days to pay the costs," etc., is irregular, and cannot stand. Williams v. State, 23 Ala. App. 338, 125 So. 207.

The cause is remanded, for proper sentence as to costs.

Judgment of conviction affirmed; cause remanded for proper sentence as to costs.